IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PERCY EUGENE WEBSTER,<br><br>                Defendant. | 8:09CR154<br><br><br>**ORDER** |

       This matter is before the court on defendant's pro se motion to appoint counsel, Filing No. 84. The court notes that General Order 2016-07 was entered June 27, 2016, Filing No. 83. The General Order appoints the Federal Public Defender to determine whether the defendant may qualify for federal habeas relief under 28 U.S.C. § 2255 in light of *Johnson*, and to present any petitions, motions or applications relating thereto to the court for disposition. Additionally, attorney Michael J. Hansen from the Federal Public Defender's Office has filed a notice of attorney appearance, Filing No. 88. Accordingly, the defendant's pro se motion to appoint counsel will be denied.

       IT IS ORDERED that:

       1.    Defendant's pro se motion to appoint counsel, Filing No. 84, is denied as moot.

       2.    The Clerk's Office shall mail a copy of the General Order 2016-07 (Filing No. 83) and Notice of Attorney Appearance (Filing No. 88) to the defendant at his last known address.

       Dated this 12th day of August, 2016

                                                                 BY THE COURT:

                                                                 s/ Joseph F. Bataillon
                                                                 Senior United States District Judge